IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACY MAURICE BALLEW                                                  PLAINTIFF

                v.                 Civil No. 11-6010

JOHN DOE POLICE OFFICER
(arrested Plaintiff on January 2, 2011);
JAIL NURSE M. REEVES; DR. HALE,
Jail Doctor; JOHN DOE STAFF MEMBERS
INVOLVED IN PLAINTIFF'S MEDICAL CARE;
and PRESIDENT OBAMA                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Stacy Maurice Ballew filed this *pro se* civil rights action under 42 U.S.C. § 1983. He proceeds *in forma pauperis*.

The case is before the Court for pre-service screening under the provisions of the Prison Litigation Reform Act. Pursuant to 28 U.S.C. § 1915A, the Court has the obligation to screen any complaint in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

### Background

According to the allegations of the complaint, on January 2, 2011, Ballew was arrested. During the arrest, he maintains the arresting officer used excessive force against him. While being transported to the Garland County Detention Center (GCDC), Ballew alleges he was not seat belted but was handcuffed with his arms behind his back. Ballew indicates the officer slammed on the brakes and hit two other cars causing injury to Ballew.

Once booked into the GCDC, Ballew states he was denied medical care. He also maintains he was threatened by a fellow inmate and prepared an affidavit in order to press charges against the inmate.

Ballew maintains he was then told if he wanted to file charges he would have to give up his trustee status.

### Discussion

Ballew has named the President of the United States as a Defendant. The President has absolute immunity from civil liability for his official acts. *Nixon v. Fitzgerald*, 457 U.S. 731, 756 (1982). Furthermore, there is no allegation that the President of the United States was involved in the incidents alleged to have occurred in this case.

### Conclusion

I therefore recommend that the claims against President Obama be dismissed as he is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). By separate order the complaint will be served on Nurse Reeves and Dr. Hale.

**Ballew has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Ballew is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of May 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE