```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         HOT SPRINGS DIVISION
```

STACY MAURICE BALLEW                                         PLAINTIFF

V.                       CASE NO. 11CV6010

JOHN DOE POLICE OFFICER, et al.                             DEFENDANTS

<u>ORDER</u>

On this 7th day of June, 2011, there comes on for consideration the report and recommendation filed in this case on May 11, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 14). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to President Obama as he is immune from suit. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). By separate order the complaint will be served on Nurse Reeves and Dr. Hale.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```