```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

STACY MAURICE BALLEW                                    PLAINTIFF

    V.                    Civil No. 11-6010

OFFICER DUNN; JAIL NURSE
M. REEVES; DR. HALE and
JOHN DOES                                               DEFENDANTS

### O R D E R

On this 25th day of February 2013, there comes on for consideration the report and recommendation filed in this case on January 30, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 32). Also before the Court are Plaintiff's objections (doc. 33).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 29) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge